UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>          Plaintiff,<br><br>   v.<br><br>ZACHERY JONES, et al.,<br><br>          Defendants. | No. 1:25-cv-00355 KES GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MULTIPLE MOTIONS AS PREMATURELY FILED<br><br>(See ECF Nos. 6, 7, 8, 9, 10, 13, 14, 15, 17, 18)<br><br>ORDER DIRECTING PLAINTIFF TO CEASE FILING MOTIONS UNTIL THE QUESTION OF UNTIMELY FILING OF COMPLAINT HAS BEEN RESOLVED AND THE COMPLAINT HAS BEEN SCREENED<br><br>(See ECF Nos. 11, 12) |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has paid the filing fee. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      Before this Court are multiple motions filed by Plaintiff. See ECF Nos. 6, 7, 8, 9, 10, 13, 14, 15, 17, 18. For the reasons stated below, the motions will be denied as having been prematurely filed. In addition, Plaintiff will be ordered to stop filing motions until the Court has considered Plaintiff's showing of cause on the question of whether his complaint has been timely filed, and if applicable after the complaint has been screened.

1

## I. RELEVANT FACTS

Plaintiff's complaint was docketed in this Court on March 25, 2025. See ECF No. 1. Thereafter, between April 21, 2025, and April 29, 2025, Plaintiff filed five motions: a request for judicial notice (ECF No. 6); a motion for discovery (ECF No. 7); a motion for subpoena and to modify the scheduling order (ECF No. 8); a motion to request a review of the disciplinary process on this case (ECF No. 9) and a motion for summary judgment (ECF No. 9). Plaintiff filed these motions despite the fact that his complaint has neither been screened nor served. See generally docket (absence of screening order).

On May 1, 2025, the Court reviewed Plaintiff's complaint. After doing so, it issued an order that directed Plaintiff to show cause why this case should not be dismissed as having been untimely filed. ECF No. 11 (order to show cause). Plaintiff has filed a response to the order to show cause (see ECF No. 12), and the Court must now review it.

Despite the fact that Plaintiff's complaint has not been screened, and Plaintiff's showing of cause has yet to be reviewed, Plaintiff has continued to file motions with the Court, all of which are premature. Specifically, Plaintiff has filed a motion to enter an extension to the motion to show cause why case should not be dismissed (ECF No. 13); a motion to enter medical records pertaining to case (ECF No. 14); a motion to request to enter a motion to compel discovery (ECF No. 15); a request to seal records (ECF No. 17), and a request for entry of default (ECF No. 18).

## II. DISCUSSION

At issue in this case is whether Plaintiff's complaint has been filed in a timely manner. This is the subject of the order to show cause that the Court issued on May 1, 2025. If it is determined that Plaintiff's complaint is, in fact, untimely, then none of the motions that Plaintiff has filed will matter. Furthermore, even if it is determined that Plaintiff's complaint has been timely filed, the Court then screen it and determine whether it has stated any viable claims that can be served on Defendants.

Plaintiff should note that the instant complaint is a new complaint and is not considered by the Court as an ongoing continuation of any prior cases, included the case of Mills v Jones,

2

23cv1214. (See, ECF No. 12 at 5). It must be considered on its own merits

For these reasons, all the motions that Plaintiff has filed with this Court that are currently pending (see ECF Nos. 6, 7, 8, 9, 10, 13, 14, 15, 17, 18) are premature. Therefore, they all will be denied as such. In addition, Plaintiff will be ordered to cease filing motions in this case until the Court has considered Plaintiff's pending showing of cause. Should Plaintiff fail to comply with this order, he is informed that it may be recommended that this matter be dismissed for failure to obey a court order.

Accordingly, IT IS HEREBY ORDERED that:

1. All Plaintiff's motions that are currently pending before this Court (see ECF Nos. 6, 7, 8, 9, 10, 13, 14, 15, 17, 18) are DENIED as having been PREMATURELY FILED, and

2. Plaintiff is ordered to CEASE FILING motions in this case until the Court has addressed his showing of cause.

**Plaintiff is cautioned that any continued filing of motions in this case before the Court has addressed his showing of cause may result in a recommendation that this case be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **July 11, 2025**              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE