UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS, | No. 1:25-cv-00355 KES GSA (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER FOR DEFENDANTS TO SUBMIT THEIR DISCIPLINARY RECORDS AS PREMATURELY FILED |
| v. | |
| ZACHERY JONES, et al., | |
| Defendants. | (ECF No. 26) |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has paid the filing fee. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court is Plaintiff's motion for the Court to order Defendants to provide to Plaintiff their disciplinary records (ECF No. 26). For the reasons stated below, Plaintiff's motion for an order for Defendants to submit his disciplinary records will be denied as prematurely filed.

I.   MOTION FOR AN ORDER FOR DEFENDANTS TO SUBMIT RECORDS

In support of Plaintiff's motion for an order that directs Defendants Jones and Rivera to submit their disciplinary records, he states that the information is needed in order to prove that what Defendants did to him violated his civil rights. See ECF No. 26 at 2-3. He requests that

1

their disciplinary records at North Kern State Prison be provided to him as well as their records from anywhere else they have worked. Id.

Plaintiff's motion will be denied as prematurely filed. The Office of the Attorney General has yet to make its formal appearance as Counsel for Defendants. In addition, this type of request is one that should be made during discovery, and the Court has yet to issue a discovery and scheduling order in this case. For these reasons, this motion will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an order directing Defendants to submit disciplinary records of both officers (ECF No. 26) is DENIED as PREMATURELY FILED;

IT IS SO ORDERED.

Dated:   **September 5, 2025**                    /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE

2