25cv355

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>            Plaintiff,<br><br>    v.<br><br>ZACHERY JONES, et al.,<br><br>            Defendants. | No.  1:25-cv-0355 KES GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S FIRST REQUEST TO ENTER THREE MEDICAL RECORDS THAT PERTAIN TO THE AMENDED COMPLAINT<br><br>(ECF No. 27)<br><br>ORDER GRANTING PLAINTIFF'S SECOND REQUEST TO ENTER THREE MEDICAL RECORDS THAT PERTAIN TO THE AMENDED COMPLAINT<br><br>(ECF No. 29)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE NEWLY COMPILED SECOND AMENDED COMPLAINT ON THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND DEFENDANTS |

Plaintiff, a former state prisoner proceeding pro se has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff has paid the filing fee.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this Court are two motions filed by Plaintiff which ask the Court to add *three* medical records to his first amended complaint—however it is noted that the second motion

1   actually contains more than 3 medical records ("FAC").  See ECF Nos. 27, 29.  For the reasons
2   stated below, the Court will construe the motions as requests to amend the FAC pursuant to Rule
3   15 (a)(1)(A).  In addition, Plaintiff's later-filed motion, docketed on September 4, 2025 (ECF No.
4   29), will be granted, and Plaintiff's initial motion, docketed on September 2, 2025 (ECF No. 27),
5   will be denied as duplicative of the contents in the later-filed motion.
6         Finally, the Clerk of Court will be directed to add the medical records from Plaintiff's
7   September 4, 2025, motion to his FAC and then enter that newly compiled document on the
8   docket as Plaintiff's SAC.  The California Department of Corrections and Rehabilitation and
9   Defendants will be served with the SAC and, if the proceedings warrant it, Defendants will be
10  ordered to file their response to Plaintiff's SAC instead of his FAC.

11      I.    MOTIONS TO AMEND WITH MEDICAL RECORDS
12        A.  September 2, 2025, Motion
13        In support of Plaintiff's motion to amend the FAC, docketed September 2, 2025, Plaintiff
14  states that the documents that he would like to have added to the FAC consist of an x-ray and
15  medical records.  See ECF No. 27 at 2.  He states that the records pertain to his case.  Id. at 2-3.
16  The records are attached to the motion.  See id. at 4-6.
17        B.  September 4, 2025, Motion
18        In support of Plaintiff's motion to amend the FAC, docketed September 4, 2025, Plaintiff
19  makes the same assertion that he did in his earlier-filed motion, namely, that the x-ray and
20  medical records that he would like to have added to his FAC pertain to his case.  See ECF No. 29
21  at 2-3. Plaintiff requests that the Court enter three medical Records, however the motion actually
22  contains more than three medical records.  See id. at 4-12.
23      II.   DISCUSSION
24        Federal Rule of Civil Procedure 15(a)(1)(A) permits a party to amend his pleading once as
25  a matter of course within twenty-one days after serving it.  In this case, Plaintiff's FAC and
26  summons were ordered served on Defendants on August 22, 2025.  See ECF Nos. 23, 24.  Eleven
27  days later, Plaintiff's first motion to amend was docketed on September 2, 2025.  See ECF No.
28  27.  Thirteen days later, Plaintiff's second motion to amend was docketed on September 4, 2025.

1 See ECF No. 29.

2 Given these facts, both of Plaintiff's requests to amend the complaint by adding medical
3 records are within the twenty-one-day period that Rule 15(a)(1)(A) permits for him to do so.
4 Therefore, they are timely and on their face they should be granted.

5 However, a comparison of the two motions indicates that the medical records contained in
6 Plaintiff's September 2, 2025, filing with those in his September 4, 2025, filing overlap, but that
7 there are more records contained in the September 4th filing. Specifically, all the medical records
8 in Plaintiff's first motion are included in Plaintiff's second motion. Compare ECF No. 27 at 4-6,
9 with ECF No. 29 at 4-6 (duplicate records). Therefore, because the records in the second-filed
10 motion are more comprehensive, this motion will be granted, and Plaintiff's first-filed motion will
11 be denied.

12 The Clerk of Court will be directed to add the documents contained in ECF No. 29 to
13 Plaintiff's FAC and to docket that new pleading as Plaintiff's second amended complaint
14 ("SAC"). Defendants will also be served with the SAC and directed to address it as the operative
15 pleading in this matter.

16 Accordingly, IT IS HEREBY ORDERED that:

17 1. Plaintiff's motion to add medical records, docketed September 2, 2025 (ECF No. 27),
18 is DENIED;

19 2. Plaintiff's motion to add medical records, docketed September 4, 2025 (ECF No. 29),
20 is GRANTED;

21 3. The Clerk of Court shall:

22 a. TAKE the medical records contained in Plaintiff's motion filed September 4, 2025
23 (see ECF No. 29 at 4-12) and ADD them to the end of Plaintiff's first amended complaint (see
24 ECF No. 21);

25 b. LABEL the newly compiled document Plaintiff's "second amended complaint";

26 c. ENTER the second amended complaint on the docket in this case;

27 d. SERVE the second amended complaint on Defendants;

28 e. SERVE a copy of this order and the second amended complaint on the California

Department of Corrections and Rehabilitation;

4. Given that Defendants have recently filed their notice of waiver of service after being served with the first amended complaint (see ECF No. 33), in the interests of judicial efficiency, the California Department of Corrections and Rehabilitation will **not** be required to file another notice of intent to waive service, and Defendants will **not** be required to file an executed waiver of service document with respect to the second amended complaint;[1]

5. Defendants' answer shall be to Plaintiff's second amended complaint, which is now the operative pleading.

IT IS SO ORDERED.

Dated:   **September 24, 2025**                     **/s/ Gary S. Austin**
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Given these changes, should Defendants need additional time either to file a response to Plaintiff's second amended complaint or to meet and confer during the anticipated alternative dispute resolution period, they should feel free to request that time.