UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS, | No.  1:25-cv-00355 KES GSA (PC) |
| Plaintiff, | ORDER DIRECTING PARTIES TO INFORM COURT WHETHER THEY WISH TO PARTICIPATE IN COURT'S EARLY ALTERNATIVE DISPUTE RESOLUTION PROGRAM |
| v. | |
| ZACHERY JONES, et al., | |
| Defendants. | PARTIES' NOTICE REGARDING SAME DUE IN SEVEN DAYS |

    Plaintiff, a former state prisoner proceeding pro se has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Plaintiff has paid the filing fee.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    Plaintiff's operative complaint alleges claims against Defendants who were employed through the California Department of Corrections and Rehabilitation ("CDCR") at the time of the incidents in question.  As a result, had Plaintiff been incarcerated at the time that he filed his original complaint, the matter would have automatically proceeded via the Court's Early Alternative Dispute Resolution Program ("Early ADR").

    Given that Plaintiff was not incarcerated at the time that he filed his complaint, nor is he currently incarcerated with the CDCR, participation in the Court's Early ADR Program would not

normally be an option.  Instead, the next steps in this case would be Defendants filing a response to the operative complaint, followed by the Court's issuance of a discovery and scheduling order.

Despite this fact, in the interests of expediency, the Court will give the parties the opportunity to participate in the Early ADR Program should they so choose.  They will be given seven days to inform the Court, as a matter of curtesy, if they wish to do so.

If both parties choose to participate in the program, consistent with it, this case will be stayed for 120 days, and the parties will be given sixty days to meet and confer.  At the end of the sixty-day period, Defendants shall inform the Court via a filing on the docket whether they wish to opt out of the program or if they wish to have a settlement conference scheduled.

Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this order, the parties shall INFORM the Court whether, as a matter of curtesy , they would like to participate in the Court's Early Alternative Dispute Resolution Program.

**The parties are informed that should one of the parties state that they do not wish to participate in the Court's Early Alternative Dispute Resolution Program, Defendants will next be required to file a response to the operative complaint, per standard civil litigation proceedings.**

IT IS SO ORDERED.

Dated:   **September 24, 2025**                    **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE

2