UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>            Plaintiff,<br><br>      v.<br><br>ZACHERY JONES, et al.,<br><br>            Defendants. | No. 1:25-cv-00355 KES GSA (PC)<br><br>ORDER REFERRING CASE TO POST-SCREENING EARLY ADR AND STAYING CASE FOR 120 DAYS<br><br>PARTIES' AVAILABILITY DATES TO PARTICIPATE IN SETTLEMENT CONFERENCE DURING NEXT TWO MONTHS DUE IN SEVEN DAYS |

      Plaintiff, a former state prisoner proceeding pro se has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff has paid the filing fee. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Defendants have waived service of process. ECF No. 37.

      On September 26, 2025, the Plaintiff Mills and defense counsel form the Office of the California Attorney General filed notice with the Court that they are interested in participating in the Court's Post-Screening Early ADR (Alternative Dispute Resolution). ECF No. 37. The Early ADR Program was created in an effort to resolve such cases more expeditiously and less expensively. No defenses or objections shall be waived by their participation.

      As set forth in the screening order,[1] Plaintiff has stated cognizable civil rights claims.

---

[1] Although the Court's screening order addressed Plaintiff's first amended complaint (see ECF

1

1  Thus, the Court stays this action for a period of 120 days to allow the parties to investigate

2  Plaintiff's claims, meet and confer, and then participate in a settlement conference.

3  There is a presumption that all post-screening prisoner civil rights cases assigned to the

4  undersigned will proceed to settlement conference.[2]  With this order, the parties will be directed

5  to provide the Court with dates that they are available within the next three months to participate

6  in a settlement conference.

7  Once the settlement conference is scheduled, at least seven days prior to the conference,

8  the parties shall submit to the settlement judge a confidential settlement conference statement.

9  The parties' confidential settlement conference statements shall include the following: (a) names

10  and locations of the parties; (b) a short statement of the facts and alleged damages; (c) a short

11  procedural history; (d) an analysis of the risk of liability, including a discussion of the efforts

12  made to investigate the allegations; and (e) a discussion of the efforts that have been made to

13  settle the case.  Defendants shall e-mail the settlement conference statement to the settlement

14  judge's e-mail box for proposed orders, available on the Court's website.  Plaintiff shall place his

15  settlement conference statement in the U.S. Mail addressed to the settlement conference judge,

16  United States District Court, 2500 Tulare Street, Fresno, CA 93721.  Plaintiff shall mail his

17  settlement conference statement so that it is received by the Court at least seven days before the

18  settlement conference.

19  In accordance with the above, IT IS HEREBY ORDERED that:

20  1. This action is STAYED for 120 days to allow the parties an opportunity to settle their

21  dispute before the discovery process begins.  Except as provided herein or by subsequent court

22  order, no other pleadings or other documents may be filed in this case during the stay of this

23  action.  The parties shall not engage in formal discovery, but the parties may elect to engage in

---

No. 20), on September 25, 2025, after the Court granted Plaintiff's requests to add medical records to his amended complaint, the Court ordered those documents to be added to the first amended complaint and directed that this new document be placed on the docket as Plaintiff's second amended complaint. See ECF No. 34. Accordingly, the Court notes for the record that Plaintiff's second amended complaint (see ECF No. 35) is the operative complaint in these proceedings.

[2]  If the case does not settle, the Court will set a date for the filing of a responsive pleading.

2

1  informal discovery

2      2. Within seven days from the date of this order, the parties shall inform the Court of all
3  dates that they are available to participate in a settlement conference within the next two months.

4      3. At least seven days prior to the settlement conference, each party shall submit a
5  confidential settlement conference statement, as described above, to the settlement judge.
6  Defendants shall e-mail the settlement conference statement to the settlement judge's proposed
7  orders e-mail address. Plaintiff shall place his settlement conference statement in the U.S. Mail
8  addressed to the settlement judge, United States District Court, 2500 Tulare Street, Fresno, CA
9  93721. Plaintiff shall mail his settlement conference statement so that it is received by the Court
10 at least seven days before the settlement conference.

11      4. If a settlement is reached at any point during the stay of this action, the parties shall file
12 a Notice of Settlement in accordance with Local Rule 160.

13      5. The parties remain obligated to keep the Court informed of their current addresses at
14 all times during the stay and while the action is pending. Any change of address must be reported
15 promptly to the Court in a separate document captioned for this case and entitled "Notice of
16 Change of Address." See L.R. 182(f).

IT IS SO ORDERED.

Dated:  **September 26, 2025**          **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE