UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ZACHARY JONES, et al.,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-00355-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>Doc. 43 |

　　　　Plaintiff Thomas K. Mills is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 3, 2025, the magistrate judge issued findings and recommendations to dismiss this action without prejudice for plaintiff's failure to obey Local Rules and failure to prosecute.  Doc. 43.  Specifically, the magistrate judge found plaintiff has failed to keep this Court apprised of his current address, noting the United States Postal Service had recently returned mail marked undeliverable following service to plaintiff.  *Id.* at 2–5.  The findings and recommendations were served to plaintiff at his address of record and provided that objections were to be filed within fourteen days.  The findings and recommendations were returned as undeliverable.  *Id.* at 6.  Nevertheless, the Court's service is deemed fully effective pursuant to

1 | Local Rule 182(f).[1]  Plaintiff has not filed objections, and the time to do so has passed.

2 | In accordance with 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case.  Having carefully reviewed the matter, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued December 3, 2025, Doc. 43, are adopted in full;
2. This action is dismissed, without prejudice, for plaintiff's failure to obey the Local Rules and failure to prosecute; and
3. The Clerk of the Court is directed to close this case and terminate any deadlines.

IT IS SO ORDERED.

Dated:     December 19, 2025

UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 183(b) requires that a party appearing pro se keep the Court apprised of their current address.  The deadline for plaintiff to notify the Court of their current address under Local Rule 183(b) has expired, and plaintiff has not updated their address.

2